JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIRIT CLOTHING COMPANY, a California corporation,<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>JERRY LEIGH OF CALIFORNIA, INC., a California corporation, and WAL-MART STORES, INC., a Delaware corporation,<br><br>Defendants/Counterclaimants. | Case No. 2:16-cv-8637 RGK (JPRx)<br><br>**ORDER OF DISMISSAL** |

THE COURT having been advised by the counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action, including all claims and counterclaims, is hereby dismissed with prejudice and that each side shall bear their own cost and attorneys fees.

Dated this 9th day of January, 2018.

R. Gary Klausner
United States District Judge

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**Order**
BN 31581091v1